1  David L. Cheng, Bar No. 258034
   dcheng@fordharrison.com
2  Jennifer S. McGeorge, Bar No. 221679
   **FORD & HARRISON LLP**
3  350 S. Grand Ave., Suite 2300
   Los Angeles, CA 90071
4  Telephone:   213-237-2400
   Facsimile:   213-237-2401
5
   Attorneys for Defendant
6  COURTYARD MANAGEMENT CORPORATION
   (erroneously sued as COURTYARD BY
7  MARRIOTT-PLEASANT HILL)

8  Elvis Tran. Bar No. 281620
   **LAW OFFICES OF ELVIS TRAN**
9  2926 West Valley Blvd., Suite B
   Alhambra, California 91803
10 Tel: (626)282-9797
   Fax: (626) 282-9733
11
   Attorney for Plaintiff
12 KATRECE RAINE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRECE RAINE,<br><br>    Plaintiff,<br><br>v.<br><br>COURTYARD BY MARRIOTT-PLEASANT HILL, CORPORATION FORM UNKNOWN, AND DOES 1 to 100,<br><br>    Defendant. | CASE NO.  4:21-CV-02187-SBA<br><br>**STIPULATED REQUEST AND ORDER AS MODIFIED TO CONTINUE TRIAL, DISPOSITIVE MOTION, AND DISCOVERY DEADLINES**<br><br>Action Filed:       December 23, 2020<br>Action Removed:  March 29, 2021<br>Trial Date:          October 17, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendant Courtyard Management Corporation (erroneously sued as Courtyard By Marriott-Pleasant Hill) ("Defendant") and plaintiff Katrece Raine ("Plaintiff") (collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate to, and respectfully request the Court enter an order to the effect of, the following:

WHEREAS, Plaintiff filed this action on December 23, 2020;

WHEREAS, Defendants timely removed this action on March 29, 2021;

WHEREAS, the Parties have exchanged initial disclosures pursuant to the Northern District General Order No. 71, and Defendant has served, and Plaintiff has responded to, initial written discovery;

WHEREAS, the Initial Case Management Conference was held before this Court on July 7, 2021;

WHEREAS, at the Initial Case Management Conference, the Parties stipulated to participate in private mediation;

WHEREAS, following the Initial Case Management Conference, this Court issued a Civil Minute Order (Dkt. No. 14) ordering the Parties, pursuant to their stipulation, to complete private mediation within 120 days of July 7, 2021 (i.e. by November 4, 2021);

WHEREAS, following the Initial Case Management Conference, this Court issued its Order For Pretrial Preparation (Dkt. No. 15) setting the following deadlines and dates:

- Fact Discovery Cut-Off:                   March 23, 2022
- Expert Disclosure:                        April 13, 2022
- Rebuttal Expert Disclosure:               May 4, 2022
- Expert Discovery Cut-Off:                 May 25, 2022
- Dispositive Motion Hearing Deadline       July 13, 2022
- Pretrial Conference                       October 5, 2022
- Trial                                     October 17, 2022

WHEREAS, the Parities met and conferred and agreed to mediate this matter before private mediator Arnold Levinson, Esq. of ADR Services, Inc.;

- 3 -

1  WHEREAS, the Parties scheduled mediation for the earliest available date that worked for
2  both the Parties' and Mr. Levinson's schedules, which is January 20, 2022;

3  WHEREAS, the Parties agreed to postpone engaging in certain discovery, such as the
4  taking of Plaintiff's deposition, until after the mediation in order to focus Party resources on
5  resolving the matter and avoid discovery costs that could have ultimately been unnecessary had
6  the case resolved, so as to maximize the potential for resolution at mediation;

7  WHEREAS, the Parties agreed that with the January 20, 2022 mediation date, the Parties
8  would be unable to complete depositions, any necessary follow-up written discovery, and expert
9  discovery within the applicable deadlines set forth in the Order For Pretrial Preparation
10 (Dkt. No. 15);

11 WHEREAS, the Parties stipulated and the Court entered an order (Dkt. No. 17) to extend
12 the deadline by which the Parties are required to complete private mediation from
13 November 4, 2020 to January 20, 2022 and to modify only the discovery deadlines set forth in the
14 Order For Pretrial Preparation (Dkt. No. 15), such that the following deadlines are operative in
15 this matter:

16 • Fact Discovery Cut-Off: May 23, 2022
17 • Expert Disclosure: June 13, 2022
18 • Rebuttal Expert Disclosure: July 4, 2022
19 • Expert Discovery Cut-Off: July 25, 2022

20 WHEREAS, despite a good faith effort on behalf of both Parties, the matter did not settle
21 at the January 20, 2022 mediation;

22 WHEREAS, the Parties have exchanged initial written discovery and are in the process of
23 meeting and conferring on several issues, and are optimistic that the their pending concerns will
24 be resolved without Court intervention;

25 WHEREAS, Defendant has noticed Plaintiff's deposition and Plaintiff has noticed the
26 deposition of three employees of Defendant;

27 WHEREAS, the Parties are in the process of meeting and conferring regarding a
28 deposition schedule;

1    WHEREAS, original counsel for Defendant Timothy Reed and Daniel Lyman have both
2    recently resigned from Ford & Harrison LLP, and the matter has been transferred to the
3    undersigned counsel, David Cheng, of Ford & Harrison LLP;

4    WHEREAS, due to the need to resolve the meet and confer efforts with regard to the
5    written discovery, and the need to conduct at least four depositions, which has been complicated
6    by the change of counsel on behalf of Defendant, the Parties agree that providing a brief six-
7    month continuance of the trial date and related deadlines in this matter will permit the parties
8    sufficient and necessary time to complete discovery prior to the dispositive motion deadlines and
9    trial;

10   NOW THEREFORE, the Parties stipulate and respectfully request the Court enter an
11   order to modify the Order For Pretrial Preparation to provide a six month continuance of the trial
12   date and related deadlines as follows:

- Fact Discovery Cut-Off:           November 23, 2022
- Expert Disclosure:                December 13, 2022
- Rebuttal Expert Disclosure:       January 4, 2023
- Expert Discovery Cut-Off:         January 25, 2023
- Dispositive Motion Hearing Deadline   January 13, 2023
- Pretrial Conference               April 5, 2023
- Trial                             April 17, 2023

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  April 6, 2022        **LAW OFFICES OF ELVIS TRAN**

*/s/ Elvis Tran*
Elvis Tran
Attorneys for Plaintiff Katrece Raine

1   Dated:  April 6, 2022                **FORD & HARRISON LLP**

3                                        */s/ David L. Cheng*
                                         David L. Cheng
4                                        Attorneys for Defendant Courtyard Management Corporation
                                         (erroneously sued as Courtyard By Marriott-Pleasant Hill)

### Certification of Compliance with N.D. Cal. L.R. 5-1(h)

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(h), I have obtained the authorization from each of the above signatories to file the above-referenced document, and that the above signatories concur in and authorize the filing's content.  I certify under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed on April 6, 2022 at Los Angeles, California.

By: */s/ David L. Cheng*
    David L. Cheng
    Attorneys for Defendant

**ORDER AS MODIFIED**

Having read and considered the foregoing stipulation, and good cause appearing, the Court hereby orders the following:

1. The dates and deadlines set forth in this Court's Order For Pretrial Preparation (Dkt. No. 15), are modified as follows:

| | |
|---|---|
| Close of Fact Discovery | 11/09/22 |
| Expert Disclosures and Reports | 11/30/22 |
| Rebuttal Designations | 12/21/22 |
| Close of Expert Discovery | 01/04/23 |
| Law and Motion Cut Off | 02/08/23 |
| Pretrial Preparation Due | 03/08/23 |
| MILS/Objections to Evidence | 03/08/23 |
| Responses | 03/15/23 |
| Replies | 03/22/23 |
| Pretrial Conference | 04/05/23 at 2:00 p.m. |
| Jury Trial (5-6 days) | 04/17/23 at 10:00 a.m. |

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 4/14/2022      _____ RS
**RICHARD SEEBORG FOR SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE**