1

2

3

4                UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7   KATRECE RAINE,                         Case No.  4:21-cv-02187-SBA   (SK)

            Plaintiff,
8
                                           **NOTICE OF REFERRAL FOR**
9       v.                                 **DISCOVERY**

10  COURTYARD BY MARRIOTT-                 Re: Dkt. No. 34
    PLEASANT HILL CORPORATION,
11
            Defendant.
12  TO ALL PARTIES AND COUNSEL OF RECORD:

13          This case has been referred to Magistrate Judge Sallie Kim for discovery.  The parties must

14  comply with the Standing Order for Magistrate Judge Kim, which is available on the Court's

15  website at http://www.cand.uscourts.gov/sk.

16          The parties are advised that the Court will only address discovery disputes that are

17  presented by a joint letter brief in compliance with the Court's Standing Order after the parties

18  have meet and conferred.  If the parties filed a discovery motion brief before this matter was

19  referred to the undersigned, the motion is HEREBY DENIED without prejudice.  If the parties

20  filed a joint letter brief, within three days from issuance of this Notice the parties shall file a joint

21  statement verifying that they have complied with the meet and confer requirement of the Standing

22  Order, prior to filing the letter.  In the absence of such a statement, the request made through the

23  joint letter brief is HEREBY DENIED without prejudice to filing a joint letter in compliance with

24  the Court's Standing Order.

25  / / /

26  / / /

27  / / /

28  / / /

United States District Court
Northern District of California

1        Please contact the Courtroom Deputy Clerk Melinda Lock at (415) 522-4158 with any

2    questions.

3        **IT IS SO ORDERED**.

4    Dated: October 31, 2022



5

6    SALLIE KIM
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2