UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRECE RAINE,<br><br>    Plaintiff,<br><br>    v.<br><br>COURTYARD BY MARRIOTT-PLEASANT HILL CORPORATION,<br><br>    Defendant. | Case No.  21-cv-02187-SBA   (SK)<br><br>**AMENDED NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Regarding Docket Nos. 31, 32, 33 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Sallie Kim for discovery. The parties must comply with the Standing Order for Magistrate Judge Kim, which is available on the Court's website at http://www.cand.uscourts.gov/sk.

The parties are advised that, going forward, the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred.

With respect to the pending disputes filed by Plaintiff at Docket Numbers 31, 32, and 33, Defendant shall file a response of no more than five pages to each letter by no later than November 7, 2022.

Please contact the Courtroom Deputy Clerk Melinda Lock at (415) 522-4158 with any questions.

**IT IS SO ORDERED**.

Dated: October 31, 2022

_____
SALLIE KIM
United States Magistrate Judge